# IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____

JAMES SPRINGER,

*Plaintiff-Appellee/Cross-Appellant*,

v.

MICHELLE LUJAN GRISHAM, OFFICE OF THE GOVERNOR, PATRICK ALLEN, AND NEW MEXICO DEPARTMENT OF HEALTH,

*Defendants-Appellants/Cross-Appellees.*

_____

On Appeal from the United States District Court for the District of New Mexico
(No. 1:23-cv-00781-KWR-LF) (Hon. Kea W. Riggs)

_____

## MOTION TO WITHDRAW FREYA JAMISON AS COUNSEL FOR DEFENDANTS-APPELLANTS/CROSS-APPELLEES

_____

Freya Jamison respectfully moves, pursuant to Tenth Circuit Rule 46.1(A), to withdraw as counsel of record for Defendants-Appellants/Cross-Appellees Michelle Lujan Grisham, Patrick Allen, and the New Mexico Department of Health. Ms. Jamison states the following in support of the motion:

1.  I will be leaving Everytown Law on September 3, 2025, and can no longer represent Defendants-Appellants/Cross-Appellees.

2. Defendants-Appellants/Cross-Appellees will continue to be represented by the other counsel of record in this appeal: Janet Carter, William Taylor, and Carina Bentata Gryting of Everytown Law, Holly Agajanian and Kyle Duffy of the Office of Governor Lujan Grisham, and Cody Rogers of Serpe Andrews.

3. My withdrawal as counsel will not prejudice Defendants-Appellants/Cross-Appellees.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this motion to withdraw Freya Jamison as counsel for Defendants-Appellants/Cross-Appellees.

September 2, 2025

Respectfully submitted,

/s/ Freya Jamison

Freya Jamison
Everytown Law
P.O. Box 14780
Washington, D.C. 20044
(202) 517-6620
fjamison@everytown.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

Respectfully submitted,

/s/ Freya Jamison